**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| **AMERICAN BANKERS LIFE ASSURANCE COMPANY OF FLORIDA,**            **PLAINTIFF** )))))   | |
| **vs.**   ) | **CIVIL ACTION NO.: 5:07-cv-0128-BSM** |
| **CHARLES JUSTICE, JR.,**            **DEFENDANT** )))) | |

**AGREED ORDER AND STIPULATION
SETTING EXPERT DESIGNATION DEADLINES**

This cause having come on for hearing on the *ore tenus* motion by Plaintiff American Bankers Life Assurance Company of Florida and pursuant to a stipulation and agreement between counsel for Plaintiff and Defendant Charles Justice, Jr., to set expert designation deadlines, the Court finds and orders that the following deadlines are set for expert designations and disclosures:

July 1, 2008 for expert witnesses for case-in-chief.

August 1, 2008 for expert witnesses in rebuttal.

SO ORDERED, this the 1st day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE

AGREED AND STIPULATED BY:

s/ Kevin A. Rogers
Wells Marble and Hurst, PLLC
300 Concourse Blvd, Suite 200
Ridgeland, MS 39157
Counsel for Plaintiff American Bankers Life Assurance Company of Florida

/s Robert G. Bridwell
Bridewell and Bridewell
P.O. Box 391
Lake Village, Arkansas 71653
Counsel for Defendant Charles Justice, Jr.